# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARK F. SHEHATA, | Case No. EDCV 10-1246-RGK (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: November 3, 2010

R. Gary Klausner
United States District Judge